**Mark WEBER, Plaintiff–Appellant,**

v.

**TWIN BRIDGES SCHOOL DISTRICT; Consolidated School District No. 7, Madison County; Dave Whitesell, individually and as Superintendent of Twin Bridges School, Defendants–Appellees.**

No. 08–36010.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 2, 2009.*

Filed Sept. 4, 2009.

Patrick Thomas Gallagher, Esquire, Skakles & Gallagher, Michael David McLean, Esquire, McLean & McLean, PLLP, Anaconda, MT, for Plaintiff–Appellant.

Elizabeth Kaleva, Kaleva Law Offices, Missoula, MT, for Defendants–Appellees.

Before: HAWKINS, McKEOWN and BYBEE, Circuit Judges.

MEMORANDUM **

Because the board of trustees never voted to terminate Weber, there was never a

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

"decision to terminate" within the meaning of the statute, *see* Mont. Code Ann. § 20–4–204, and the duty to arbitrate was never triggered. Therefore, we reverse the district court's summary judgment in favor of the defendants and remand.

**REVERSED and REMANDED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

